# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

SUSAN FLORES DOWNS

Plaintiff(s)/Petitioner(s),

vs.

THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA, et al.,

Defendant(s)/Respondent(s)

CASE NO: 2:12-cv-00949 NVW

Application of Attorney For Admission To Practice Pro Hac Vice Pursuant to LRCiv 83.1(b)(2)

**FILED / LODGED**
**RECEIVED / COPY**
NOV 14 2012
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

**NOTICE: $50.00 APPLICATION FEE REQUIRED!**

I, Eric Lawrence Alexander, hereby apply to the Court under LRCiv 83.1(b)(2) for pro hac vice admission to appear and practice in this action on behalf of The Guardian Life Insurance Company of America and The Berkshire Life Insurance Company of America.

City and State of Principal Residence: BETHESDA, MARYLAND
Firm Name: Reed Smith LLP
Address: 1301 K Street N W - East Tower        Suite: 1100
City: Washington     State: DC     Zip: 20005
Firm/Business Phone: (202) 414-9403
Firm Fax Phone: (202) 414-9299     E-mail Address: ealexander@reedsmith.com

I am admitted to practice before the following courts. (attach additional sheets if necessary)

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING? |
|---|---|---|
| DISTRICT OF COLUMBIA | 02/06/1998 | ✓ Yes  ☐ No* |
| STATE OF MARYLAND | 01/03/1996 | ✓ Yes  ☐ No* |
| US COURT OF APPEALS, 6TH CIRCUIT | 04/22/2009 | ✓ Yes  ☐ No* |

* Explain:

(An **Original** Certificate of Good Standing from a **FEDERAL BAR** in which an applicant has been admitted dated no more than 45 days prior to submission of this application is required.)

I have concurrently, or within 1 year of this application, made *pro hac vice* applications to this Court in the following actions (attach additional sheets if necessary):

| Case Number | Title of Action | Date Granted or Denied* |
|---|---|---|
| None | | |

* Explain:

**ALL APPLICANTS ARE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS.**
*If you answer YES to either of the following questions, please explain all circumstances on a separate page.*

Are you currently the subject of a disciplinary investigation or proceeding by any Bar or Court?   ☐ Yes  ✓ No
Have you ever been disbarred from practice in any Court?   ☐ Yes  ✓ No

I declare under penalty of perjury that the foregoing is true and correct; that I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of Arizona; and that I am not currently suspended, disbarred or subject to disciplinary proceedings in any court. I certify that I have read and will ascribe to the Standards for Professional Conduct, will comply with the Rules of Practice of the United States District Court for the District of Arizona ("Local Rules"), and will subscribe to receive court notices as required by LRCiv 83.1(c).

November 8, 2012
Date

Signature of Applicant

Fee Receipt # PHX012807L

(Rev. 04/12)

| Type | Jurisdiction | Admit Date | Status | Good Standing | License/Bar Code No. |
|---|---|---|---|---|---|
| State | Maryland | 01/03/1996 | Active | Yes | n/a |
| State | District of Columbia | 02/06/1998 | Active | Yes | 457491 |
| Federal | USCA for the Sixth Circuit | 04/22/2009 | Active | Yes | n/a |
| Federal | USDC, District of Columbia | 07/07/2003 | Active | Yes | 457491 |
| Federal | USDC, District of Colorado | 09/17/2012 | Active | Yes | n/a |

US_ACTIVE-102242878.1

# United States District & Bankruptcy Courts for the District of Columbia

## CLERK'S OFFICE
333 Constitution Avenue, NW
Washington, DC 20001

I, **ANGELA D. CAESAR**, Clerk of the United States District Court for the District of Columbia, do hereby certify that:

ERIC LAWRENCE ALEXANDER

was, on the 7th day of July A.D. 2003 admitted to practice as an Attorney at Law at the Bar of this Court, and is, according to the records of this Court, a member of said Bar in good standing.

In Testimony Whereof, I hereunto subscribe my name and affix the seal of said Court in the City of Washington this 9th day of November A.D. 2012.

ANGELA D. CAESAR, CLERK

By: _____
Public Operations Administrator