1

**SURRANO LAW OFFICES**
Attorneys at Law

2

3200 North Central Avenue, Suite 2500
Phoenix, Arizona 85012
Phone:  (602) 264-1077
Fax:  (602) 264-2213

3

4

5

Charles J. Surrano III (007732) cjs@surrano.com
John N. Wilborn (013714) jnw@surrano.com
Attorneys for Plaintiff

6

7

**UNITED STATES DISTRICT COURT**

8

**DISTRICT OF ARIZONA**

9

10

Susan Flores Downs, D.D.S, an Arizona
Resident,

Case No.:  2:12-cv-00949-NVW

11

12

            Plaintiff,

**NOTICE OF DEPOSITION**

13

      vs.

14

The Guardian Life Insurance Company of
America (hereafter "Guardian") and The
Berkshire Life Insurance Company of
America (hereafter "Berkshire"), a wholly
owned subsidiary of "Guardian",

15

16

17

18

            Defendants.

19

20

            PLEASE TAKE NOTICE THAT, pursuant to Federal Rules of Civil

21

Procedure, Rules 26 and 30, the deposition will be taken upon oral examination of the

22

23

person stated below at the time and place indicated before an officer authorized by law

24

to administer oaths.

25

**PERSON TO BE DEPOSED:**        Geoffrey Y. Yeager

26

**DATE/TIME OF DEPOSITION:**        **December 18, 2012 at 1:30 p.m. (ET)**

1

1

2   **PLACE OF DEPOSITION:**              Crowne Plaza Hotel
                                          One West Street
3                                         Pittsfield, Massachusetts 01201
                                          (877) 270-1393
4

5       DATED this 20th day of November, 2012.

6                                         SURRANO LAW OFFICES

7

8                                         By _s/Charles J. Surrano, III_____
                                             Charles J. Surrano, III
9                                            John N. Wilborn
                                             3200 North Central Avenue, Suite 2500
10                                           Phoenix, Arizona  85012
                                             Attorneys for Plaintiff
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2

**CERTIFICATE OF SERVICE**

I hereby certify that on November 20, 2012, I electronically transmitted the attached documents to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Timothy J. Thomason
Mariscal, Weeks, McIntyre & Friedlander, P.A.
2901 North Central Avenue, Suite 200
Phoenix, Arizona 85012-2705

Christopher Neil Gray
John P. Hooper
Reed Smith, LLP
599 Lexington Avenue, 26th Floor
New York, New York 10022

Eric Lawrence Alexander
Reed Smith, LLP
1301 K Street NW – East Tower, Suite 1100
Washington, DC 20005

*Attorneys for Defendants The Guardian Life Insurance Company of America and Berkshire Life Insurance Company of America*

I hereby further certify that on November 20, 2012, I faxed the foregoing document to the following:

Philbin & Associates, Inc.
81 State Street
Springfield, MA 01103
(413) 499-2231
Fax: (413) 734-4588
*Court Reporters*

s/ Jennie Leetham

3