1  Timothy J. Thomason (#009869)
   tim.thomason@mwmf.com
2  Michael J. Plati (#016705)
   mike.plati@mwmf.com
3  **MARISCAL, WEEKS, MCINTYRE**
        **& FRIEDLANDER, P.A.**
4  2901 North Central Avenue, Suite 200
   Phoenix, Arizona 85012-2705
5  Phone: (602) 285-5000
   Fax: (602) 285-5100

6  *Attorneys for Defendants The Guardian Life Insurance Company of America and Berkshire*
   *Life Insurance Company of America*
7

8                    **UNITED STATES DISTRICT COURT**

9                        **DISTRICT OF ARIZONA**

10
    Susan Flores Downs, D.D.S., an Arizona
11  Resident,

12                Plaintiff,                    Case No.:  12-CV-00949- PHX-NVW

          vs.
13                                              **NOTICE OF RULE 30(B)(6)**
    The Guardian Life Insurance Company of          **DEPOSITION**
14  America (hereafter "Guardian") and The
    Berkshire Life Insurance Company of
15  America, (hereafter "Berkshire"), a wholly
    owned subsidiary of "Guardian,"
16
                 Defendants.
17

18
          **TO:   Dr. Dan Downs**
19
              **18424 W. Rancho Court, Litchfield Park, AZ 85340**
20

21      **YOU ARE HEREBY NOTIFIED** that, pursuant Fed.R.Civ.P **26 and 30,** the deposition will

22  be taken upon oral examination of the person whose name and address are stated below at the time

23  and place stated below before an officer authorized by law to administer oaths.  If the name is not

24  known, a general description sufficient to identify that person or the particular class or group to which

25  that person belongs is given below.

27                                          -1-

1    **PERSON TO BE EXAMINED:**

2    **Pursuant to Rule 30(b)(6), a person designated to testify on the topics listed**
3    **on Schedule A attached hereto.**

4    **DATE OF DEPOSITION:**        **December 5, 2012**
     **TIME OF DEPOSITION:**        **3:00 P.M.**
5    **PLACE OF DEPOSITION:**       **Mariscal, Weeks, McIntyre & Friedlander**
                                    **2901 North Central Ave., STE 200**
6                                   **Phoenix, AZ 85012-2705**

7        **DATED** this 21st day of November, 2012.

8                                       **MARISCAL, WEEKS, McINTYRE &**
9                                       **FRIEDLANDER, P.A.**

10

                                        By:  ___/s/ Timothy J. Thomason_____
11                                           Timothy J. Thomason
                                             Michael J. Plati
12                                           2901 North Central Avenue, Suite 200
                                             Phoenix, Arizona 85012-2705
13                                           *Attorneys for Defendants The Guardian Life*
                                             *Insurance Company of America and Berkshire Life*
14                                           *Insurance Company of America*

15

16

17

18

19

20

21

22

23

24

25

27                                      -2-

1

2

## **CERTIFICATE OF SERVICE**

3

I hereby certify that on November 21, 2012, a true and correct copy of the foregoing has

4

been served upon counsel of record via first class postage prepaid U.S. mail addressed to:

5

6

7

Charles J. Surrano III
John N. Wilborn
Surrano Law Offices
3200 North Central Avenue, STE 2500
Phoenix, Arizona  85012

8

9

BY:   /s/ Margaret Westall

10

11

12

U:\ATTORNEYS\TJT\Guardian Life Ins Co of America - 20217\adv. Downs - 1\Pleadings\NOD Remax 112112.doc

13

14

15

16

17

18

19

20

21

22

23

24

25

27

-3-