1  Timothy J. Thomason (#009869)
   tim.thomason@mwmf.com
2  Michael J. Plati (#016705)
   mike.plati@mwmf.com
3  **MARISCAL, WEEKS, MCINTYRE**
   **& FRIEDLANDER, P.A.**
4  2901 North Central Avenue, Suite 200
   Phoenix, Arizona 85012-2705
5  Phone: (602) 285-5000
   Fax: (602) 285-5100

6  *Attorneys for Defendants The Guardian Life Insurance Company of America and Berkshire Life Insurance Company of America*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Susan Flores Downs, D.D.S., an Arizona Resident, | |
| Plaintiff, | Case No.: 12-CV-00949- PHX-NVW |
| vs. | **NOTICE OF RULE 30(B)(6) DEPOSITION** |
| The Guardian Life Insurance Company of America (hereafter "Guardian") and The Berkshire Life Insurance Company of America, (hereafter "Berkshire"), a wholly owned subsidiary of "Guardian," | |
| Defendants. | |

**TO:** RE/MAX Commercial Investment
6424 E. Greenway Parkway, Scottsdale, AZ 85254

**YOU ARE HEREBY NOTIFIED** that, pursuant Fed.R.Civ.P **26 and 30,** the deposition will be taken upon oral examination of the person whose name and address are stated below at the time and place stated below before an officer authorized by law to administer oaths. If the name is not known, a general description sufficient to identify that person or the particular class or group to which that person belongs is given below.

-1-

**PERSON TO BE EXAMINED:**

**Pursuant to Rule 30(b)(6), a person designated to testify on the topics listed on Schedule A attached hereto.**

| | |
|---|---|
| **DATE OF DEPOSITION:** | December 5, 2012 |
| **TIME OF DEPOSITION:** | 10:30 A.M. |
| **PLACE OF DEPOSITION:** | Mariscal, Weeks, McIntyre & Friedlander |
| | 2901 North Central Ave., STE 200 |
| | Phoenix, AZ 85012-2705 |

**DATED** this 21st day of November, 2012.

        **MARISCAL, WEEKS, McINTYRE & FRIEDLANDER, P.A.**

        By:  /s/ Timothy J. Thomason
          Timothy J. Thomason
          Michael J. Plati
          2901 North Central Avenue, Suite 200
          Phoenix, Arizona 85012-2705
          *Attorneys for Defendants The Guardian Life Insurance Company of America and Berkshire Life Insurance Company of America*

## CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2012, a true and correct copy of the foregoing has been served upon counsel of record via first class postage prepaid U.S. mail addressed to:

Charles J. Surrano III
John N. Wilborn
Surrano Law Offices
3200 North Central Avenue, Sy7ute 2500
Phoenix, Arizona  85012

BY:   /s/ Margaret Westall

U:\ATTORNEYS\TJT\Guardian Life Ins Co of America - 20217\adv. Downs - 1\Pleadings\NOD Remax 112112.doc

-3-