Timothy J. Thomason (#009869)
**MARISCAL WEEKS MCINTYRE
     & FRIEDLANDER, P.A.**
2901 N. Central Avenue, Suite 200
Phoenix, Arizona  85012-2705
(602) 285-5000
(602) 285-5100 (Facsimile)
Attorneys for Defendants/Counterclaimant

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| SUSAN FLORES DOWNS, <br><br><br> Plaintiff, <br><br> vs. <br><br> GUARDIAN LIFE INSURANCE COMPANY OF AMERICA, et al., <br><br> Defendants. | CASE NO.  CV-12-00949-PHX-NVW <br><br><br> **DEFENDANTS' NOTICE OF SERVICE OF SECOND REQUEST FOR PRODUCTION OF DOCUMENTS** |

Pursuant to Rule 5.2 of the Local Rules of Civil Procedure of the U.S. District Court for the District of Arizona, Defendants The Guardian Life Insurance Company of America and Berkshire Life Insurance Company of America, through undersigned counsel, hereby give notice that on November 20, 2012, they served their Second Request for Production of Documents on Charles J. Surrano III and John N. Wilborn of Surrano Law Offices, attorneys for Plaintiff Susan Flores Downs.

1

**DATED** this 21st day of November, 2012.

2

MARISCAL, WEEKS, MCINTYRE
& FRIEDLANDER, P.A.

3

4

By:   /s/ Timothy J. Thomason
Timothy J. Thomason

5

MARISCAL, WEEKS, MCINTYRE

6

& FRIEDLANDER, P.A.
2901 North Central Avenue, Suite 200

7

Phoenix, Arizona 85012-2705
Attorney for Defendants

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2

1

## CERTIFICATE OF SERVICE

2

3       I hereby certify that on November 21, 2012, I electronically transmitted the attached
Notice of Service to plaintiff to the Clerk's Office using the CM/ECF System for filing and
transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

4

5   Charles J. Surrano III
John N. Wilborn

6   Surrano Law Offices
3200 North Central Avenue, Suite 2500

7   Phoenix, AZ 85012

8

9   /s/Margaret Westall

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26