**SURRANO LAW OFFICES**
Attorneys at Law

3200 North Central Avenue, Suite 2500
Phoenix, Arizona 85012
Phone: (602) 264-1077
Fax: (602) 264-2213

Charles J. Surrano III (007732) cjs@surranolawfirm.com
John N. Wilborn (013714) jnw@surranolawfirm.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Susan Flores Downs, D.D.S, an Arizona Resident,<br><br>Plaintiff,<br><br>vs.<br><br>The Guardian Life Insurance Company of America (hereafter "Guardian") and The Berkshire Life Insurance Company of America (hereafter "Berkshire"), a wholly owned subsidiary of "Guardian",<br><br>Defendants. | Case No.: 2:12-cv-00949-NVW<br><br>**NOTICE OF CHANGE OF EMAIL ADDRESSES** |

Plaintiff's counsel undersigned gives notice that effective immediately their firm email addresses have changed to:

Charles J. Surrano, III: cjs@surranolawfirm.com;

John N. Wilborn: jnw@surranolawfirm.com;

Kim Hearn (staff): kmh@surranolawfirm.com;

Jennie Leetham (staff): jml@surranolawfirm.com; and

General Firm: surranolaw@gmail.com.

1

All other firm contact information remains the same. Plaintiff's counsel respectfully request that the Clerk update the Court's records to reflect the same.

DATED this 27th day of November, 2012.

                    SURRANO LAW OFFICES

                    By: s/ Charles J. Surrano, III
                        Charles J. Surrano, III
                        John N. Wilborn
                        Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on November 27, 2012, I electronically transmitted the attached documents to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

    Timothy J. Thomason
    Mariscal, Weeks, McIntyre & Friedlander, P.A.
    2901 North Central Avenue, Suite 200
    Phoenix, Arizona 85012-2705

    Christopher Neil Gray
    John P. Hooper
    Reed Smith, LLP
    599 Lexington Avenue, 26th Floor
    New York, New York 10022

    Eric Lawrence Alexander
    Reed Smith LLP
    1301 K Street N W – East Tower, Suite 1100
    Washington, DC 20005

    *Attorneys for Defendants The Guardian Life Insurance Company of America and Berkshire Life Insurance Company of America*

s/ Jennie Leetham