1
2
3
4

Timothy J. Thomason (#009869)
**MARISCAL WEEKS MCINTYRE**
   **& FRIEDLANDER, P.A.**
2901 N. Central Avenue, Suite 200
Phoenix, Arizona  85012-2705
(602) 285-5000
(602) 285-5100 (Facsimile)
Attorneys for Defendants/Counterclaimant

5

6

7

## UNITED STATES DISTRICT COURT

### DISTRICT OF ARIZONA

8
9

SUSAN FLORES DOWNS,

**CASE NO.  CV-12-00949-PHX-NVW**

10
11

          Plaintiff,

   vs.

**DEFENDANTS' NOTICE OF SERVICE OF DISCOVERY PAPERS**

12

GUARDIAN LIFE INSURANCE COMPANY
OF AMERICA, et al.,

13
14
15

         Defendants.

16

17

18

19

20

21

22

23

       Pursuant to Rule 5.2 of the Local Rules of Civil Procedure of the U.S. District Court for the District of Arizona, Defendants The Guardian Life Insurance Company of America and Berkshire Life Insurance Company of America, through undersigned counsel, hereby give notice that on November 30, 2012, they served (amended) Subpoenas to Testify at a Deposition in a Civil Action and to Produce Documents on DentaGroup, Mansperger Patterson &McMullin, PLC, and Dr. Dan Downs.

24

25

26

1

**DATED** this 30th day of November, 2012.

2

MARISCAL, WEEKS, MCINTYRE
& FRIEDLANDER, P.A.

3

4

By:   /s/ Timothy J. Thomason

5

Timothy J. Thomason
MARISCAL, WEEKS, MCINTYRE

6

& FRIEDLANDER, P.A.
2901 North Central Avenue, Suite 200

7

Phoenix, Arizona 85012-2705
Attorney for Defendants

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**CERTIFICATE OF SERVICE**

I hereby certify that on November 30, 2012, I electronically transmitted the attached Notice of Service to plaintiff to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Charles J. Surrano III
John N. Wilborn
Surrano Law Offices
3200 North Central Avenue, Suite 2500
Phoenix, AZ 85012


/s/Margaret Westall