**SURRANO LAW OFFICES**
Attorneys at Law

3200 North Central Avenue, Suite 2500
Phoenix, Arizona 85012
Phone: (602) 264-1077
Fax: (602) 264-2213

Charles J. Surrano III (007732) cjs@surranolawfirm.com
John N. Wilborn (013714) jnw@surranolawfirm.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Susan Flores Downs, D.D.S, an Arizona Resident,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>The Guardian Life Insurance Company of America (hereafter "Guardian") and The Berkshire Life Insurance Company of America (hereafter "Berkshire"), a wholly owned subsidiary of "Guardian",<br><br>　　　　Defendants. | Case No.: 2:12-cv-00949-NVW<br><br>**1ST AMENDED NOTICE OF VIDEO DEPOSITION** |

PLEASE TAKE NOTICE THAT, pursuant to Federal Rules of Civil Procedure, Rules 26 and 30, the deposition will be taken upon oral examination of the person stated below at the time and place indicated before an officer authorized by law to administer oaths.

**PERSON TO BE DEPOSED:**　　Danielle Brennan

**DATE/TIME OF DEPOSITION:**　**January 16, 2013 at 1:30 p.m. (ET)**

1

| | |
|---|---|
| **PLACE OF DEPOSITION:** | Crowne Plaza Hotel |
| | One West Street |
| | Pittsfield, Massachusetts 01201 |
| | (877) 270-1393 |

DATED this 12th day of December, 2012.

                                                   SURRANO LAW OFFICES

                                                   By  s/Charles J. Surrano, III
                                                          Charles J. Surrano, III
                                                          John N. Wilborn
                                                          3200 North Central Avenue, Suite 2500
                                                          Phoenix, Arizona  85012
                                                          Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on December 12, 2012, I electronically transmitted the attached documents to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

>Timothy J. Thomason
>Mariscal, Weeks, McIntyre & Friedlander, P.A.
>2901 North Central Avenue, Suite 200
>Phoenix, Arizona 85012-2705
>
>Christopher Neil Gray
>John P. Hooper
>Reed Smith, LLP
>599 Lexington Avenue, 26th Floor
>New York, New York 10022
>
>Eric Lawrence Alexander
>Reed Smith, LLP
>1301 K Street NW – East Tower, Suite 1100
>Washington, DC 20005
>
>*Attorneys for Defendants The Guardian Life Insurance Company of America and Berkshire Life Insurance Company of America*

I hereby further certify that on December 12, 2012, I faxed the foregoing document to the following:

>Philbin & Associates, Inc.
>81 State Street
>Springfield, MA 01103
>(413) 499-2231
>Fax: (413) 734-4588
>*Court Reporters*

s/ Jennie Leetham