**SURRANO LAW OFFICES**
Attorneys at Law

3200 North Central Avenue, Suite 2500
Phoenix, Arizona 85012
Phone: (602) 264-1077
Fax: (602) 264-2213

Charles J. Surrano III (007732) cjs@surranolawfirm.com
John N. Wilborn (013714) jnw@surranolawfirm.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Susan Flores Downs, D.D.S, an Arizona Resident,<br><br>Plaintiff,<br><br>vs.<br><br>The Guardian Life Insurance Company of America (hereafter "Guardian") and The Berkshire Life Insurance Company of America (hereafter "Berkshire"), a wholly owned subsidiary of "Guardian",<br><br>Defendants. | Case No.: 2:12-cv-00949-NVW<br><br>**2nd AMENDED NOTICE OF VIDEO DEPOSITION** |

PLEASE TAKE NOTICE THAT, pursuant to Federal Rules of Civil Procedure, Rules 26 and 30, the deposition will be taken upon oral examination of the person stated below at the time and place indicated before an officer authorized by law to administer oaths.

**PERSON TO BE DEPOSED:**     Karen Rugg

**DATE/TIME OF DEPOSITION:**     **January 17, 2013 at 9:30 a.m. (ET)**

1

| | |
|---|---|
| **PLACE OF DEPOSITION:** | Crowne Plaza Hotel |
| | One West Street |
| | Pittsfield, Massachusetts 01201 |
| | (877) 270-1393 |

DATED this 12th day of December, 2012.

                                        SURRANO LAW OFFICES

                                        By_s/Charles J. Surrano, III_
                                            Charles J. Surrano, III
                                            John N. Wilborn
                                            3200 North Central Avenue, Suite 2500
                                            Phoenix, Arizona 85012
                                            Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on December 12, 2012, I electronically transmitted the attached documents to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Timothy J. Thomason
Mariscal, Weeks, McIntyre & Friedlander, P.A.
2901 North Central Avenue, Suite 200
Phoenix, Arizona 85012-2705

Christopher Neil Gray
John P. Hooper
Reed Smith, LLP
599 Lexington Avenue, 26th Floor
New York, New York 10022

Eric Lawrence Alexander
Reed Smith, LLP
1301 K Street NW – East Tower, Suite 1100
Washington, DC 20005

*Attorneys for Defendants The Guardian Life Insurance Company of America and Berkshire Life Insurance Company of America*

I hereby further certify that on December 12, 2012, I faxed the foregoing document to the following:

Philbin & Associates, Inc.
81 State Street
Springfield, MA 01103
(413) 499-2231
Fax: (413) 734-4588
*Court Reporters*

s/ Jennie Leetham