1
2
3
4

**SURRANO LAW OFFICES**
Attorneys at Law

3200 North Central Avenue, Suite 2500
Phoenix, Arizona 85012
Phone: (602) 264-1077
Fax: (602) 264-2213

5
6

Charles J. Surrano III (007732) cjs@surranolawfirm.com
John N. Wilborn (013714) jnw@surranolawfirm.com
Attorneys for Plaintiff

7

**UNITED STATES DISTRICT COURT**

8
9

**DISTRICT OF ARIZONA**

10

Susan Flores Downs, D.D.S, an Arizona
Resident,

Case No.: 2:12-cv-00949-NVW

11

12

Plaintiff,

**1st AMENDED NOTICE OF VIDEO
DEPOSITION**

13

vs.

14
15
16
17

The Guardian Life Insurance Company of
America (hereafter "Guardian") and The
Berkshire Life Insurance Company of
America (hereafter "Berkshire"), a wholly
owned subsidiary of "Guardian",

18

Defendants.

19

20

PLEASE TAKE NOTICE THAT, pursuant to Federal Rules of Civil Procedure,

21

Rules 26 and 30, the deposition will be taken upon oral examination of the person stated

22

23

below at the time and place indicated before an officer authorized by law to administer

24

oaths.

25

**PERSON TO BE DEPOSED:**        Geoffrey Y. Yeager

26

**DATE/TIME OF DEPOSITION:**        **January 18, 2013 at 1:30 p.m. (ET)**

1

1

2  **PLACE OF DEPOSITION:**          Crowne Plaza Hotel
                                     One West Street
3                                    Pittsfield, Massachusetts 01201
                                     (877) 270-1393
4

5       DATED this 12th day of December, 2012.

6                                    SURRANO LAW OFFICES

7

8                              By_s/Charles J. Surrano, III_____
                                     Charles J. Surrano, III
9                                    John N. Wilborn
                                     3200 North Central Avenue, Suite 2500
10                                   Phoenix, Arizona  85012
                                     Attorneys for Plaintiff
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2

1

**CERTIFICATE OF SERVICE**

2

3        I hereby certify that on December 12, 2012, I electronically transmitted the

4   attached documents to the Clerk's Office using the CM/ECF System for filing and

5   transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

6                Timothy J. Thomason
                 Mariscal, Weeks, McIntyre & Friedlander, P.A.

7                2901 North Central Avenue, Suite 200
                 Phoenix, Arizona 85012-2705

8

9                Christopher Neil Gray
                 John P. Hooper

10               Reed Smith, LLP
                 599 Lexington Avenue, 26th Floor

11               New York, New York 10022

12

13               Eric Lawrence Alexander
                 Reed Smith, LLP

14               1301 K Street NW – East Tower, Suite 1100
                 Washington, DC 20005

15

16               *Attorneys for Defendants The Guardian Life Insurance Company of
                 America and Berkshire Life Insurance Company of America*

17

18   I hereby further certify that on December 12, 2012, I faxed the foregoing document to
     the following:
19

20                          Philbin & Associates, Inc.
                                 81 State Street
21                            Springfield, MA 01103
                                 (413) 499-2231
22                              Fax: (413) 734-4588
                                 *Court Reporters*
23

24

25   s/ Jennie Leetham

26

3