**SURRANO LAW OFFICES**
Attorneys at Law

3200 North Central Avenue, Suite 2500
Phoenix, Arizona 85012
Phone:  (602) 264-1077
Fax:  (602) 264-2213

Charles J. Surrano III (007732) cjs@surrano.com
John N. Wilborn (013714) jnw@surrano.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Susan Flores Downs, D.D.S, an Arizona Resident, | Case No.:  2:12-cv-00949-NVW |
| Plaintiff, | |
| vs. | **NOTICE OF SERVICE OF PLAINTIFF'S FIRST SUPPLEMENTAL DISCLOSURE STATEMENT** |
| The Guardian Life Insurance Company of America (hereafter "Guardian") and The Berkshire Life Insurance Company of America (hereafter "Berkshire"), a wholly owned subsidiary of "Guardian", | |
| Defendants. | |

Plaintiff hereby gives notice that she has served upon the Defendants in this matter her First Supplemental Disclosure Statement this date.

DATED this 17th day of December, 2012.

SURRANO LAW OFFICES


By: s/ Charles J. Surrano, III
    Charles J. Surrano, III
    John N. Wilborn
    Attorneys for Plaintiff

1

**CERTIFICATE OF SERVICE**

I hereby certify that on December 17, 2012, I electronically transmitted the attached documents to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

>Timothy J. Thomason
>Mariscal, Weeks, McIntyre & Friedlander, P.A.
>2901 North Central Avenue, Suite 200
>Phoenix, Arizona 85012-2705
>
>Christopher Neil Gray
>John P. Hooper
>Reed Smith, LLP
>599 Lexington Avenue, 26th Floor
>New York, New York 10022
>
>Eric Lawrence Alexander
>Reed Smith LLP
>1301 K Street N W – East Tower, Suite 1100
>Washington, DC 20005
>
>*Attorneys for Defendants The Guardian Life Insurance Company of America and Berkshire Life Insurance Company of America*

s/ Jennie Leetham