**SURRANO LAW OFFICES**
Attorneys at Law

3200 North Central Avenue, Suite 2500
Phoenix, Arizona 85012
Phone:  (602) 264-1077
Fax:  (602) 264-2213

Charles J. Surrano III (007732) cjs@surranolawfirm.com
John N. Wilborn (013714) jnw@surranolawfirm.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Susan Flores Downs, D.D.S, an Arizona Resident,<br><br>   Plaintiff,<br><br>   vs.<br><br>The Guardian Life Insurance Company of America (hereafter "Guardian") and The Berkshire Life Insurance Company of America (hereafter "Berkshire"), a wholly owned subsidiary of "Guardian",<br><br>   Defendants. | Case No.: 2:12-cv-00949-NVW<br><br>**NOTICE OF SERVICE OF PLAINTIFF'S RESPONSES TO DEFENDANTS' SECOND REQUEST FOR PRODUCTION OF DOCUMENTS** |

   Plaintiff hereby gives notice that she has served upon the Defendants in this matter Plaintiff's Responses to Defendants' Second Request for Production of Documents this date.

///

///

///

///

1

DATED this 20TH day of December, 2012.

SURRANO LAW OFFICES


By: s/ Charles J. Surrano, III
Charles J. Surrano, III
John N. Wilborn
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2012, I electronically transmitted the attached documents to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Timothy J. Thomason
Mariscal, Weeks, McIntyre & Friedlander, P.A.
2901 North Central Avenue, Suite 200
Phoenix, Arizona 85012-2705

Christopher Neil Gray
John P. Hooper
Reed Smith, LLP
599 Lexington Avenue, 26th Floor
New York, New York 10022

Eric Lawrence Alexander
Reed Smith LLP
1301 K Street N W – East Tower, Suite 1100
Washington, DC 20005

*Attorneys for Defendants The Guardian Life Insurance Company of America and Berkshire Life Insurance Company of America*

s/ Jennie Leetham