Timothy J. Thomason (#009869)
**MARISCAL WEEKS MCINTYRE
 & FRIEDLANDER, P.A.**
2901 N. Central Avenue, Suite 200
Phoenix, Arizona 85012-2705
(602) 285-5000
(602) 285-5100 (Facsimile)
Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| SUSAN FLORES DOWNS,<br><br>Plaintiff,<br>vs.<br><br>GUARDIAN LIFE INSURANCE COMPANY OF AMERICA, et al.,<br><br>Defendants. | CASE NO. CV-12-00949-PHX-NVW<br><br>**DEFENDANTS' NOTICE OF SERVICE OF NOTICE OF VIDEO DEPOSITION OF SUSAN FLORES DOWNS AND REQUEST FOR DOCUMENTS** |

Pursuant to Rule 5.2 of the Local Rules of Civil Procedure of the U.S. District Court for the District of Arizona, Defendants The Guardian Life Insurance Company of America and Berkshire Life Insurance Company of America, through undersigned counsel, hereby give notice that on December 21, 2012, they served Notice of Video Deposition of Susan Flores Downs and Request for Documents to plaintiff.

…

…

…

1

1 | **DATED** this 26th day of December, 2012.

**MARISCAL, WEEKS, MCINTYRE**
**& FRIEDLANDER, P.A.**

By:   /s/ Timothy J. Thomason
      Timothy J. Thomason
      **MARISCAL, WEEKS, MCINTYRE**
      **& FRIEDLANDER, P.A.**
      2901 North Central Avenue, Suite 200
      Phoenix, Arizona 85012-2705
      Attorney for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on December 26, 2012, I electronically transmitted the attached Notice of Service to plaintiff to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Charles J. Surrano III
John N. Wilborn
Surrano Law Offices
3200 North Central Avenue, Suite 2500
Phoenix, AZ 85012


/s/Margaret Westall