1  Timothy J. Thomason (#009869)
   TThomason@DickinsonWright.com
2  Michael J. Plati (#016705)
   MPlati@DickinsonWright.com
3  DICKINSON WRIGHT
   MARISCAL WEEKS
4  2901 North Central Avenue, Suite 200
   Phoenix, Arizona 85012-2705
5  Phone: (602) 285-5000
   Fax: (602) 285-5100

6  *Attorneys for Defendants The Guardian Life Insurance Company of America and Berkshire Life Insurance Company of America*
7

8                    **UNITED STATES DISTRICT COURT**

9                           **DISTRICT OF ARIZONA**

10

11 Susan Flores Downs, D.D.S., an Arizona Resident,

12              Plaintiff,                  Case No.:  12-CV-00949- PHX-NVW

13       vs.
                                            **NOTICE OF DEPOSITION OF**
14 The Guardian Life Insurance Company of   **EDWARD COMITZ**
   America (hereafter "Guardian") and The
   Berkshire Life Insurance Company of
15 America, (hereafter "Berkshire"), a wholly
   owned subsidiary of "Guardian,"
16
               Defendants.
17

18       **YOU ARE HEREBY NOTIFIED** that, pursuant Fed.R.Civ.P **26 and 30,** the

19 deposition will be taken upon oral examination of the person whose name and address are

20 stated below at the time and place stated below before an officer authorized by law to

21 administer oaths.  If the name is not known, a general description sufficient to identify that

22 person or the particular class or group to which that person belongs is given below.

23

24

25

27
                                          -1-

**PERSON TO BE EXAMINED:**

    Edward Comitz Esq.
    Comitz | Beethe
    6720 North Scottsdale Road #150, Scottsdale, AZ 85253

DATE OF DEPOSITION:    January 25, 2013
TIME OF DEPOSITION:    2:00 P.M.
PLACE OF DEPOSITION:    Dickinson Wright Mariscal Weeks
    2901 North Central Ave., STE 200
    Phoenix, AZ 85012-2705

**DATED** this 11th day of January, 2013.

DICKINSON WRIGHT
MARISCAL WEEKS

By:   /s/ Timothy J. Thomason
    Timothy J. Thomason
    Michael J. Plati
    2901 North Central Avenue, Suite 200
    Phoenix, Arizona 85012-2705
    *Attorneys for Defendants The Guardian Life Insurance Company of America and Berkshire Life Insurance Company of America*

## CERTIFICATE OF SERVICE

I hereby certify that on January 11, 2013, a true and correct copy of the foregoing has been served upon counsel of record via first class postage prepaid U.S. mail addressed to:

Charles J. Surrano III
John N. Wilborn
Surrano Law Offices
3200 North Central Avenue, STE 2500
Phoenix, Arizona  85012

BY:   /s/ Margaret Westall

PHOENIX 55313-1 27608v1
1/10/2013

-3-