1 | Timothy J. Thomason (#009869)
  | TThomason@DickinsonWright.com
2 | Michael J. Plati (#016705)
  | MPlati@DickinsonWright.com
3 | **DICKINSON WRIGHT**
  | MARISCAL WEEKS
4 | 2901 North Central Avenue, Suite 200
  | Phoenix, Arizona 85012-2705
5 | Phone: (602) 285-5000
  | Fax: (602) 285-5100

6 | *Attorneys for Defendants The Guardian Life Insurance Company of America and Berkshire Life Insurance Company of America*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Susan Flores Downs, D.D.S., an Arizona Resident, | |
| Plaintiff, | Case No.: 12-CV-00949- PHX-NVW |
| vs. | |
| The Guardian Life Insurance Company of America (hereafter "Guardian") and The Berkshire Life Insurance Company of America, (hereafter "Berkshire"), a wholly owned subsidiary of "Guardian," | **NOTICE OF DEPOSITION OF KATIE HINES** |
| Defendants. | |

**YOU ARE HEREBY NOTIFIED** that, pursuant Fed.R.Civ.P **26 and 30,** the deposition will be taken upon oral examination of the person whose name and address are stated below at the time and place stated below before an officer authorized by law to administer oaths. If the name is not known, a general description sufficient to identify that person or the particular class or group to which that person belongs is given below.

**PERSON TO BE EXAMINED:**

    Katie Hines
    2777 E. Camelback Road, Suite 230
    Phoenix, AZ 85016

| | |
|---|---|
| **DATE OF DEPOSITION:** | January 24, 2013 |
| **TIME OF DEPOSITION:** | 1:00 P.M. |
| **PLACE OF DEPOSITION:** | Dickinson Wright Mariscal Weeks |
| | 2901 North Central Ave., STE 200 |
| | Phoenix, AZ 85012-2705 |

**DATED** this 11th day of January, 2013.

DICKINSON WRIGHT
MARISCAL WEEKS

By:   /s/ Timothy J. Thomason
     Timothy J. Thomason
     Michael J. Plati
     2901 North Central Avenue, Suite 200
     Phoenix, Arizona 85012-2705
     *Attorneys for Defendants The Guardian Life*
     *Insurance Company of America and Berkshire Life*
     *Insurance Company of America*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 11, 2013, a true and correct copy of the foregoing has been served upon counsel of record via first class postage prepaid U.S. mail addressed to:

Charles J. Surrano III
John N. Wilborn
Surrano Law Offices
3200 North Central Avenue, STE 2500
Phoenix, Arizona  85012

BY:   /s/ Margaret Westall

PHOENIX 55313-1 27648v1
1/10/2013

-3-