Timothy J. Thomason (#009869)
tthomason@dickinsonwright.com
Michael J. Plati (#016705)
mplati@dickinsonwright.com

**DICKINSON WRIGHT**
MARISCAL WEEKS

2901 North Central Avenue, Suite 200
Phoenix, Arizona 85012-2705
Phone: (602) 285-5000
Fax: (602) 285-5100

*Attorneys for Defendants The Guardian Life Insurance Company of America and Berkshire Life Insurance Company of America*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Susan Flores Downs, D.D.S., an Arizona Resident,<br><br>Plaintiff,<br><br>vs.<br><br>The Guardian Life Insurance Company of America (hereafter "Guardian") and The Berkshire Life Insurance Company of America, (hereafter "Berkshire"), a wholly owned subsidiary of "Guardian,"<br><br>Defendants. | Case No.: 12-CV-00949- NVW<br><br>**NOTICE OF SERVICE OF DEFENDANT BERKSHIRE'S SUPPLEMENTAL PRODUCTION** |

Notice is hereby given that Defendant Berkshire Life Insurance Company of America's ("Berkshire") Supplemental Production of Documents was served by First Class U.S. mail on counsel of record for Plaintiffs on December 27, 2012.

///

///

///

-1-

**DATED** this 11th day of January, 2013.

DICKINSON WRIGHT
MARISCAL WEEKS

By: /s/ Timothy J. Thomason
Timothy J. Thomason
Michael J. Plati
2901 North Central Avenue, Suite 200
Phoenix, Arizona 85012-2705
*Attorneys for Defendants The Guardian Life
Insurance Company of America and Berkshire Life
Insurance Company of America*

## CERTIFICATE OF SERVICE

I hereby certify that on January 11, 2013, a true and correct copy of the foregoing has been served upon counsel of record via first class postage prepaid U.S. mail addressed to:

Charles J. Surrano III
John N. Wilborn
Surrano Law Offices
3200 North Central Avenue, Sy7ute 2500
Phoenix, Arizona  85012

BY:  /s/ Margaret Westall

PHOENIX DEFAULT-1 25963v1

-3-