Timothy J. Thomason (#009869)
TThomason@DickinsonWright.com
Michael J. Plati (#016705)
MPlati@DickinsonWright.com

DICKINSON WRIGHT
MARISCAL WEEKS
2901 North Central Avenue, Suite 200
Phoenix, Arizona 85012-2705
Phone: (602) 285-5000
Fax: (602) 285-5100

*Attorneys for Defendants The Guardian Life Insurance Company of America and Berkshire Life Insurance Company of America*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Susan Flores Downs, D.D.S., an Arizona Resident,<br><br>           Plaintiff,<br><br>     vs.<br><br>The Guardian Life Insurance Company of America (hereafter "Guardian") and The Berkshire Life Insurance Company of America, (hereafter "Berkshire"), a wholly owned subsidiary of "Guardian,"<br><br>           Defendants. | Case No.: 12-CV-00949- PHX-NVW<br><br>**THIRD AMENDED NOTICE OF RULE 30(B)(6) DEPOSITION** |

**YOU ARE HEREBY NOTIFIED** that, pursuant Fed.R.Civ.P **26 and 30,** the deposition will be taken upon oral examination of the person whose name and address are stated below at the time and place stated below before an officer authorized by law to administer oaths. If the name is not known, a general description sufficient to identify that person or the particular class or group to which that person belongs is given below.

-1-

**PERSON TO BE EXAMINED:**

Pursuant to Rule 30(b)(6), a person designated to testify on the topics listed on Schedule A attached hereto.

    Mansperger Patterson & McMullin, PLC
    1222 Baseline Road, Suite 200, Tempe, AZ 85283

| | |
|---|---|
| DATE OF DEPOSITION: | January 24, 2013 |
| TIME OF DEPOSITION: | 10:00 A.M. |
| PLACE OF DEPOSITION: | Dickinson Wright Mariscal Weeks |
| | 2901 North Central Ave., STE 200 |
| | Phoenix, AZ 85012-2705 |

**DATED** this 14th day of January, 2013.

DICKINSON WRIGHT
MARISCAL WEEKS

By:   /s/ Timothy J. Thomason
      Timothy J. Thomason
      Michael J. Plati
      2901 North Central Avenue, Suite 200
      Phoenix, Arizona 85012-2705
      *Attorneys for Defendants The Guardian Life*
      *Insurance Company of America and Berkshire Life*
      *Insurance Company of America*

## CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2013, a true and correct copy of the foregoing has been served upon counsel of record via first class postage prepaid U.S. mail addressed to:

Charles J. Surrano III
John N. Wilborn
Surrano Law Offices
3200 North Central Avenue, STE 2500
Phoenix, Arizona  85012


BY:   /s/ Margaret Westall