| | |
|---|---|
| 1 | courtdocs@dickinsonwright.com |
| 2 | Timothy J. Thomason (#009869)<br>tthomason@dickinsonwright.com |
| 3 | Michael J. Plati (#016705)<br>mplati@dickinsonwright.com |
| 4 | |
| 5 | **DICKINSON WRIGHT**<br>MARISCAL WEEKS<br>2901 North Central Avenue, Suite 200 |
| 6 | Phoenix, Arizona 85012-2705<br>Phone: (602) 285-5000 |
| 7 | Fax: (602) 285-5100 |
| 8 | *Attorneys for Defendants The Guardian Life Insurance Company of America and Berkshire Life Insurance Company of America* |

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Susan Flores Downs, D.D.S., an Arizona Resident, | |
| Plaintiff, | Case No.: 12-CV-00949-NVW |
| vs. | **NOTICE OF CHANGE OF LAW FIRM AND E-MAIL ADDRESSES** |
| The Guardian Life Insurance Company of America (hereafter "Guardian") and The Berkshire Life Insurance Company of America, (hereafter "Berkshire"), a wholly owned subsidiary of "Guardian," | |
| Defendants. | |

   Notice is hereby given that, effective January 1, 2013, Timothy J. Thomason and Michael J. Plati, formerly of Mariscal, Weeks, McIntyre & Friedlander, P.A., as counsel for Defendants The Guardian Life Insurance Company of America and Berkshire Life Insurance Company of America, are now attorneys with the law firm of Dickinson Wright/Mariscal Weeks, and shall have the following new e-mail addresses:

Timothy J. Thomason     tthomason@dickinsonwright.com

Michael J. Plati     mplati@dickinsonwright.com

The mailing address, telephone numbers, and facsimile number for said attorneys shall remain the same.

**DATED** this 17th day of January, 2013.

        **DICKINSON WRIGHT/MARISCAL WEEKS**

        By:   /s/ Michael J. Plati  
             Timothy J. Thomason
             Michael J. Plati
             2901 North Central Avenue, Suite 200
             Phoenix, Arizona 85012-2705
             *Attorneys for Attorneys for Defendants The Guardian Life Insurance Company of America and Berkshire Life Insurance Company of America*

## CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2013, a true and correct copy of the foregoing has been served upon counsel of record via first class postage prepaid U.S. mail addressed to:

Charles J. Surrano III
John N. Wilborn
Surrano Law Offices
3200 North Central Avenue, Suite 2500
Phoenix, Arizona 85012

BY: */s/ Genny Coulson*
Genny Coulson

PHOENIX 55313-1 27886v1

-3-