**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| SUSAN FLORES DOWNS, D.D.S<br><br>Plaintiff,<br><br>vs.<br><br>THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA, a New York corporation; BERKSHIRE LIFE INSURANCE COMPANY OF AMERICA, a Massachusetts corporation<br><br>Defendants. | No. 2:12-CV-00949-NVW<br><br>**[PROPOSED] ORDER** |

The Court, having considered Non-Party Objector Edward O. Comitz's Motion for Protective Order, and good cause appearing,

IT IS HEREBY ORDERED that the Motion is GRANTED. Defendants are barred from taking the deposition of Edward O. Comitz, Esq., and the Subpoena for Testimony served on Mr. Comitz is hereby quashed.